**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PATRICIA ANNELLA,            ) | No. EDCV 03-01140 CW |
|                              ) | |
|           Plaintiff,         ) | JUDGMENT |
|      v.                      ) | |
|                              ) | |
| JO ANNE B. BARNHART,         ) | |
| Commissioner, Social Security) | |
| Administration,              ) | |
|                              ) | |
|           Defendant.         ) | |

  **IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.


DATED: November 28, 2005


                                    ___/s/_____
                                       CARLA M. WOEHRLE
                                    United States Magistrate Judge